declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Barry Lee BREYER, Appellee.**

Supreme Court of Pennsylvania.

March 23, 2004.

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Anthony GENNARELLI, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

Kenneth A. Osokow, for Commonwealth of Pennsylvania.

Edward J. Rymsza, Williamsport, for Anthony Gennarelli.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Montgomery County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Lycoming County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

COMMONWEALTH of Pennsylvania, Appellant,

v.

James BANNIGAN, Appellee.

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

Gayle M. Baker, Dianne E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Vanessa L. Bellino, Lansdale, for James Bannigan.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

AND NOW, this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v.*

*Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

COMMONWEALTH of Pennsylvania, Appellant,

v.

Daniel STREEPER, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Thomas Gary Gambardella, Doylestown, for Commonwealth of Pennsylvania.

Ellis B. Klein, Doylestown, for Daniel Streeper.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

AND NOW, this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v.*